## Shuba W. QUEEN, Appellant, v. UNITED STATES of America, Appellee.

No. 10316.

Circuit Court of Appeals, Sixth Circuit.

April 11, 1947.

Fred S. Powell, of Nashville, Tenn., J. Allie Hayes, of North Wilkesboro, N. C., and Hayden Hayes, of Hickory, N. C., for appellant.

Horace Frierson, Jr., of Nashville, Tenn., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel, and it appearing that no reversible error exists in the record, it is ordered that the judgment of the District Court be, and it hereby is, affirmed.